JUDGE TAKASUGI

**FILED**

AUG 11 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR04-229-RMT |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION & ORDER AUTHORIZING |
| ) | RETURN OF PASSPORTS TO DEFENDANT |
| LORENZO LAMANTIA, ) | SINGH AND LAMANTIA |
| Defendant. ) | **[Clerk's Action Required]** |

## STIPULATION

The United States of America through DOJ Tax Division Trial Attorney, Larry Wszalek, and defendant Lorenzo LaMantia through his attorney, Catherine Chaney, jointly move the Court to order the clerk's office in Fresno, CA to return Mr. LaMantia's and Ms. Singh's passports to them. The receipt for posting Mr. LaMantia's passport is at Dkt. # 5 under case number MJ04-02093, in the Eastern District of California at Fresno.

Mr. LaMantia is serving his prison sentence and Ms. Singh is being supervised by a federal probation officer in the Eastern District of California, where her supervision was transferred under case number CR08-0417-AWI. Ms. Singh will pick up her passport at the

STIPULATION AND ORDER AUTHORIZING RETURN
OF PASSPORT TO DEFENDANT IN
CASE NO. CR04-0229-RMT -- 1

LAW OFFICE OF CATHERINE CHANEY
2606 Second Avenue # 284, Seattle, WA 98121
Bus (206) 343-7642

clerk's office. Mr. LaMantia's should be mailed to the residence he will return to when he is released from custody.

DATED this 2nd day of March, 2009.

Respectfully submitted,

s/Catherine Chaney
CATHERINE CHANEY, WSBA #21405
Attorney for Lorenzo LaMantia

Signature authorized via email:

s/Larry Wszalek
LARRY WSZALEK
U.S. DOJ Tax Division Trial Attorney

## ORDER [Proposed]

The Court, having considered the parties' stipulation, hereby ORDERS that the clerk of the court shall return Ms. Singh's passport to her and shall mail Mr. LaMantia's to his and Ms. Singh's residence at 2982 East Granada Avenue, Fresno, CA  93720.

DATED this 2nd day of March, 2009.

_____
THE HONORABLE ROBERT M. TAKASUGI
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER AUTHORIZING RETURN
OF PASSPORT TO DEFENDANT IN
CASE NO. CR04-0229-RMT -- 2

LAW OFFICE OF CATHERINE CHANEY
2606 Second Avenue # 284, Seattle, WA 98121
Bus (206) 343-7642

## CERTIFICATE OF SERVICE

I, Catherine Chaney, hereby certify that on March 2, 2009, I electronically filed the foregoing Stipulation and Order with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all parties.

                                      s/Catherine Chaney
                                      Catherine Chaney

STIPULATION AND ORDER AUTHORIZING RETURN
OF PASSPORT TO DEFENDANT IN
CASE NO. CR04-0229-RMT -- 3

LAW OFFICE OF CATHERINE CHANEY
2606 Second Avenue # 284, Seattle, WA 98121
Bus (206) 343-7642